1  FEDERAL DEPOSIT INSURANCE CORPORATION
   JEROME A. MADDEN  (Pro Hac Vice)
2  Counsel
3  jemadden@fdic.gov
   TINA A. LAMOREAUX (Pro Hac Vice)
4  tlamoreaux@fdic.gov
   3501 Fairfax Drive, Room VS-D-7004
5  Arlington, VA  22226-3500
   Telephone:  703.562.2010
6  Facsimile:    703.562.2496

7
   NOSSAMAN LLP
8  ALLAN H. ICKOWITZ (SBN 80994)
   aickowitz@nossaman.com
9  ROBERT S. MCWHORTER (SBN 226186)
10 rmcwhorter@nossaman.com
   445 S. Figueroa Street, 31st Floor
11 Los Angeles, California 90071
   Telephone: 213.612.7800
12 Facsimile:  213.612.7801

13
   Attorneys for Defendants,
14 FEDERAL DEPOSIT INSURANCE CORPORATION
   and ROBERT T. FELDMAN

15
16                UNITED STATES DISTRICT COURT
17                CENTRAL DISTRICT OF CALIFORNIA
18                        WESTERN DIVISION

19 | GTS 900 F, LLC, a California Limited Liability Company, | Case No: LACV11-6607 JAK-JC |
   | --- | --- |
   | Plaintiff, | **JUDGMENT** |
   | v. | Date:  April 23, 2012 |
   | FEDERAL DEPOSIT INSURANCE CORPORATION, et al., | Time:  8:30 a.m. |
   | | Courtroom:   750 |
   | | Judge:  The Hon. John A. Kronstadt |
   | DEFENDANTS. | Date Action Filed:  August 11, 2011 |
   | | Trial Date: None Set |

**[PROPOSED] JUDGMENT**              *GTS 900 F, LLC, v. FDIC, et al.*
                                     **Case No. LACV11-6607 JAK-JC**

This matter came before this Court on the Motion of Defendants Federal Deposit Insurance Corporation and Robert T. Feldman, in his official capacity as Executive Secretary (collectively the "FDIC") for Summary Judgment. This Court conducted hearings on the Motion on January 9, 2012, and after supplemental briefing, on April 23, 2012. Jerome A. Madden, Tina A. Lamoreaux and Anne M. Devens appeared on behalf of the FDIC; Gary Ganchrow appeared on behalf of GTS 900 F, LLC. On June 1, 2012, this Court entered an Order Granting Defendants' Motion for Summary Judgment.

**THIS COURT HEREBY FINDS THAT** good cause exists to allow the FDIC to supplement the Administrative Record.

**THIS COURT HEREBY FURTHER FINDS THAT** the FDIC's determination, as published in the Federal Register (76 Fed. Reg. 28225) (May 16, 2011) (the "Insufficient Assets Determination") in the receivership of the former Corus Bank, N.A., Chicago, Illinois, was not arbitrary or capricious, did not constitute an abuse of discretion, and was made in accordance with applicable law.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of the FDIC and against GTS 900 F, LLC, such that GTS 900 F, LLC's Complaint is hereby dismissed with prejudice and that the Insufficient Assets Determination is hereby affirmed.

Dated: June 27, 2012  _____
U.S. DISTRICT COURT JUDGE

APPROVED AS TO FORM

      /s/ Gary Ganchrow
By: Gary Ganchrow
Counsel for Plaintiff, GTS 900 F, LLC